**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00170-CV

**ERIC DRAKE, Appellant**

**V.**

**CARMEN SIFUENTES, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03940**

## ORDER

Before the Court is appellant's March 14, 2013 emergency motion. Appellant requests that the Court: (1) stay trial court proceedings until it rules on this motion; (2) dismiss the contest to his affidavit of inability to pay costs; and (3) award him sanctions. On March 13, 2013, the court reporter withdrew her contest to appellant's affidavit of inability to pay costs. Accordingly, the relief appellant seeks is now moot. We **DENY** appellant's emergency motion including his request for sanctions.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE